FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

JUN 0 6 2007

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

In Re:

STANLEY KIRK BURRELL and
STEPHANIE DARLENE BURRELL

CASE NO. 96-42564 RJN

Debtors,

ORDER FOR PAYMENT OF
UNCLAIMED DIVIDENDS

Upon the foregoing Motion and in accordance with the provisions of 28 USC 2042, good cause appearing therefore, it is hereby ORDERED that the amount of $3,604.89, constituting an unclaimed dividend, be paid to MICHAEL ERIC BUCKHOLTZ.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividend to the order of:

MICHAEL ERIC BUCKHOLTZ
C/O ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628-4296

Dated: 6/6/07

U.S. Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
STANLEY KIRK BURRELL and ) CASE NO: 96-42564 RJN
STEPHANIE DARLENE BURRELL )
Debtors, ) MOTION FOR RELEASE OF
) UNCLAIMED FUNDS
_____ )

There having been a dividend check in the amount of $3,604.89 issued in the above case to creditor MICHAEL BUCKHOLTZ, and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed dividend to the Clerk, U.S. Bankruptcy Court. These funds are currently being held in the Court's registry account of unclaimed funds.

The dividend check was not received because Trustee had no address for claimant. See certified declaration attached.

Motion is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $3,604.89 to:

MICHAEL ERIC BUCKHOLTZ
C/O ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628

Dated: 4-24-07

Respectfully submitted,

Al Melone (locator)
ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100

GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation
TERRANCE L. STINNETT, ESQ. CA Bar #46010
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392
Email: tstinnett@gsmdlaw.com

Attorneys for William H. Broach, Trustee

Entered on Docket
November 28, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: November 27, 2006



_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re:

STANLEY KIRK BURRELL, dba Bustin' Publishing, aka M.C. HAMMER and STEPHANIE DARLENE BURRELL, dba Bustin' Publishing,

Debtors.

Case No. 96-42564 NR

Chapter 7

## ORDER GRANTING TRUSTEE'S EX-PARTE MOTION FOR ORDER AUTHORIZING DEPOSIT OF UNCLAIMED ROYALTY PAYMENTS WITH THE CLERK OF THE BANKRUPTCY COURT

Upon reading and consideration of the Trustee's Ex-Parte Motion For Order Authorizing Deposit Of Unclaimed Royalty Payments With The Clerk Of The Bankruptcy Court (the "Motion"), together with the declarations of William H. Broach and Terrance L. Stinnett filed in support thereof; and it appearing, and the Court finds, that due and proper notice of the trustee's intent to seek an order authorizing the trustee to deposit with the Clerk of the Bankruptcy Court herein unclaimed royalty payments due to third party songwriters received by the trustee during the administration of this bankruptcy estate; and it appearing, and the Court finds, that the trustee made reasonable efforts to determine the addresses for those third party

1
ORDER GRANTING TRUSTEE'S EX-PARTE MOTION FOR ORDER AUTHORIZING DEPOSIT OF UNCLAIMED ROYALTY PAYMENTS WITH THE CLERK OF THE BANKRUPTCY COURT
108238.DOC

Docket #869

Case: 96-42564   Doc# 911   Filed: 06/06/07   Entered: 06/08/07 16:58:03   Page 3 of 13

songwriters for whom the trustee did not have addresses; and it appearing, and the Court finds, that the trustee is currently holding royalty payments totaling $23,749.17 due to the third party songwriters, other than Tracy Carter, as set forth hereinbelow; and

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion is hereby granted in its entirety.

2. The trustee is hereby authorized to deposit with the Clerk of this Bankruptcy Court the royalty payments in total sum of $23,749.17 due to the third party songwriters, other than Tracy Carter, as set forth in the Exhibit "B" to the Motion filed herein on **November 27, 2006 as Docket No. 868**, which Exhibit "B" is incorporated herein by this reference.

3. The third party songwriters, and the amounts due to them, are also set forth herein as follows:

|     | Name | Amount |
| --- | --- | --- |
| 1.  | Williams, Arthur | $1.70 |
| 2.  | Boyd, Angela | $895.77 |
| 3.  | Criner, Jerry | $1.35 |
| 4.  | Buckholtz, Michael | $3,604.89 |
| 5.  | Ansley, Dexter | $3,469.14 |
| 6.  | Burgie, Ondreius | $3,475.88 |
| 7.  | Brown, Lavell | $5,448.64 |
| 8.  | Lubin, Lamar | $3,618.48 |
| 9   | Knowles, Ian | $58.35 |
| 10. | McGill, Delane | $43.53 |
| 11. | Turner, E.J. Milton | $2,819.77 |
| 12. | Marable, Brian | $0.57 |
| 13. | Session, Michael | $12.38 |
| 14. | Reamer, Xerxes | $109.82 |

2
ORDER GRANTING TRUSTEE'S EX-PARTE MOTION FOR ORDER AUTHORIZING DEPOSIT OF UNCLAIMED ROYALTY PAYMENTS WITH THE CLERK OF THE BANKRUPTCY COURT

108238.DOC

| 15. | Howard, Alvin | $72.54 |
| --- | --- | --- |
| 16 | Carter, Alonzo | $10.34 |
| 17. | Cole, Nikki | $14.20 |
| 18. | Dexter, Ansley | $10.67 |
| 19. | Jackson, Chris | $34.62 |
| 20. | Williams, George | $46.53 |
| | TOTAL: | $23,749.17 |

**\*\*END OF ORDER\*\***

3
ORDER GRANTING TRUSTEE'S EX-PARTE MOTION FOR ORDER AUTHORIZING DEPOSIT OF UNCLAIMED ROYALTY PAYMENTS WITH THE CLERK OF THE BANKRUPTCY COURT

108238.DOC

Case: 96-42564   Doc# 911   Filed: 06/06/07   Entered: 06/08/07 16:58:03   Page 5 of 13

# LIMITED POWER OF ATTORNEY/ DECLARATION

I do hereby grant to ASSET RECOVERY TRUST, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose and for no other:

To reclaim, recover, and return unclaimed funds in the amount of **$3,604.89** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

I do hereby declare that my proper name is MICHAEL ERIC BUCKHOLTZ, that I am a rightful creditor of STANLEY KIRK BURRELL, aka M.C. HAMMER, Case 96-42564 NR, that I am owed royalties from this estate due to various songs I have co-written or composed with the debtor, that the enclosed documents evidencing my relationship with the debtor are true and correct copies of the originals, that I am currently located at 4828 Massey Rd., Macon, GA 31206, that my phone number is 478-390-4150, and that I am entitled to this unclaimed dividend.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED 4-9-07     SIGNED _(signature)_

NAME  MICHAEL ERIC BUCKHOLTZ

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF April, 2007,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

[SEAL]

NOTARY PUBLIC IN AND FOR
The State of Georgia
My Commission expires on ___
My commission expires 05/20/2008.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: **STANLEY KIRK BURRELL and**      CASE NO: 96-42564 RJN
**STEPHANIE DARLENE BURRELL**

Debtor(s)

**AFFIDAVIT OF SERVICE**

Notice is hereby given to the Court that on ___4-24-07___ the U.S. Attorney for the Northern District of California was advised, via first class mail, of the intent of **MICHAEL ERIC BUCKHOLTZ** to apply for the release of unclaimed funds in the above referenced case.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED ___4-24-07___     SIGNED _____

NAME: <u>AL MELONE</u>
ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100



# BMI Clearance Form

Broadcast Music, Inc., 320 West 57th Street, New York, N.Y. 10019
Att. Clearance Department

**FOR BMI USE — DO NOT WRITE BELOW**

COMPLETE FORM IN ACCORDANCE WITH INSTRUCTIONS ON THE REVERSE SIDE AND <u>RETURN</u> BOTH COPIES TO BMI. DO NOT USE THIS FORM TO CORRECT OR REVISE INFORMATION ON A PREVIOUSLY CLEARED WORK. SEND DETAILS IN A LETTER.

**TITLE — ONE WORK PER FORM:** GAINING MOMENTUM

**IF BASED ON PUBLIC DOMAIN - GIVE ORIGINAL TITLE, WRITER AND SOURCE**

**CHECK IF WORK IS FROM:**
- ☐ MOTION PICTURE OR TV FILM
- ☐ BROADWAY SHOW
- ☐ OFF-BROADWAY SHOW

**WRITER(S) NAME(S):**

| Last | First | Middle | Address | Perf. Rts. Orgn. | Percentage Share |
|---|---|---|---|---|---|
| BUCKHOLTZ | MICHAEL | ERIC | 121 EL DORADO COMMON, FREMONT, CA 94539 | BMI | 50% |
| HAMMER | M.C. | | 80 SWAN WAY, SUITE 130, OAKLAND, CA 94621 | | 50% |

(M9721 / 0284 / M3565)

**PUBLISHER(S) NAME(S):**
☑ CHECK HERE IF NO RIGHTS GRANTED BY WRITER(S) TO ANY PUBL. SHER.

| Publisher | Perf. Rts. Orgn. | Percentage Share |
|---|---|---|
| "B" STREET MUSIC EXPRESS (R6243) | BMI | 100% |
| ~~BY-BYER MUSIC~~ | | |
| ~~BUCK-WILD MUSIC~~ | | |
| ~~3-D VISION MUSIC~~ | | |

**U.S. SUB-PUBL. SHER(S):** NONE

**FULL NAME OF FOREIGN ORIGINAL PUBLISHER:** NONE

**TYPE OR PRINT NAME AND ADDRESS OF SUBMITTING BMI AFFILIATE:**
MICHAEL E. BUCKHOLTZ
121 EL DORADO COMMON
FREMONT, CALIFORNIA 94539

**RECORD LABEL & NO. OF 1ST RECORD RELEASE:** CAPITOL
**ARTIST:** M.C. HAMMER
**RELEASE DATE:** OCTOBER '91
**DATE SUBMITTED TO BMI:** AUG. 23, 1991

*Authorized Signature: Michael E. Buckholtz*

CONFIRMATION COPY

CLEARED IN ACCORDANCE WITH TERMS ON REVERSE SIDE

COLUMBIA HOUSE COMPANY
1221 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10020-1090
TEL. (212) 596-2000

**VENDOR GRAND TOTAL STATEMENT**

PERIOD ENDING 07/30/05

**VENDOR #: 6000002385 RUS UNT 1 NYCPV**

MICHAEL ERIC BUCKHOLTZ
DBA B STREET MUSIC PUBLISHING
4828 MASSEY ROAD
MACON GA 31206
UNITED STATES

CHECK WILL NOT BE ISSUED FOR TOTAL VENDOR BALANCE DUE UNDER $10.00
PUBLISHER'S BALANCES WILL BE CARRIED FORWARD TO THEIR NEXT STATEMENT.

**TOTAL-VENDOR BALANCE DUE**     $2.84

Case: 96-42564   Doc# 911   Filed: 06/06/07   Entered: 06/08/07 16:58:03   Page 10 of 13

# COLUMBIA HOUSE COMPANY

1221 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10020-1090
TEL. (212) 596-2000

## SUMMARY OF PUBLISHER'S ACTIVITY

PUBLISHER# V0001562

| PRIOR BALANCE | PAYMENTS | EARNINGS | ADJUSTMENTS | BALANCE DUE |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 2.84 | 2.84 |

PERIOD ENDING 09/30/05

**PUBLISHER**
B STREET MUSIC
4828 MASSEY ROAD
MACON, GA 31206

**VENDOR #:** 6000007385 BUS UNT : NYCPY
MICHAEL ERIC BUCKHOLTZ
DBA B STREET MUSIC PUBLISHING
4828 MASSEY ROAD
MACON GA 31206
UNITED STATES

AFFILIATION:

Case: 96-42564   Doc# 911   Filed: 06/06/07   Entered: 06/08/07 16:58:03   Page 11 of 13

**BMI Repertoire**

search the repertoire

**GAINING MOMENTUM (Legal Title)**
BMI Work #455144

Songwriter/Composer
buckholtz

**Songwriter/Composer**
BUCKHOLTZ MICHAEL ERIC
BURRELL STANLEY KIRK

| | Current Affiliation | CAE/IPI # |
|---|---|---|
| | BMI | 233305800 |
| | BMI | 231331910 |

**Publishers**
B STREET MUSIC PUBLISHING
BUST IT PUBLISHING

| | | |
|---|---|---|
| | BMI | 235149773 |
| | BMI | 217842369 |

disclaimer

In using this database, it is understood that you have r and agreed to our Terms a Conditions of Use.

more info

Hints

User Guide

FAQ

Disclaimer

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Register today | Need a license? | Latest update | Overview | Overview | |
| Login to account | Access account | Gov't relations | FAQ | Jobs at BMI | |
| Lost password? | Contact us | Useful links | FastTrack | Contact us | ● Website  ○ Repertoire |

Copyright 2006. BMI. BMI®, BMI.com® and Broadcast Music, Inc.® are registered trademarks of BMI. Terms of use. Privacy policy.



join   career   musicworld   news   licensing   new media   events   podcasts

bmi.com » search »
search the repertoire

## ALL THE LOVE (Legal Title)
BMI Work #25638

| Songwriter/Composer | Current Affiliation | CAE/IPI # |
|---|---|---|
| BUCKHOLTZ MICHAEL ERIC | BMI | 233305800 |
| CARTER ALONZO J | BMI | 239688319 |
| HOLLIS CIDNEY ALLEN | BMI | 239737925 |
| HOWARD ALVIN BERNARD | BMI | 239739037 |
| KELLY MICHAEL PATRICK | BMI | 232870869 |
| REAMER XERXES STEPHEN | BMI | 239788118 |

**Publishers**

| | | |
|---|---|---|
| B STREET MUSIC PUBLISHING | BMI | 235149773 |
| BUST IT PUBLISHING | BMI | 217842369 |
| SWEETNESS MUSIC | BMI | 236696143 |
| WIXEN MUSIC PUBLISHING INC | BMI | 229993322 |

Songwriter/Composer
buckholtz

Search

disclaimer

In using this database, it is understood that you have r and agreed to our Terms a Conditions of Use.

more info

Hints

User Guide

FAQ

Disclaimer

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

**BMI.com**
Register today
Login to account
Lost password?

**Licensing**
Need a license?
Access account
Contact us

**Legislation**
Latest update
Gov't relations
Useful links

**International**
Overview
FAQ
FastTrack

**About BMI**
Overview
Jobs at BMI
Contact us

Search BMI.com

○ Website   ○ Repertoire

Copyright 2006, BMI, BMI®, BMI.com® and Broadcast Music, Inc.® are registered trademarks of BMI. Terms of use. Privacy policy.