UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) CASE NO. 96-42564
)
Stanley Kirk Burrell and Stephanie Darlene Burrell )
) MOTION FOR PAYMENT
Debtor ) OF UNCLAIMED FUNDS
) TO CLAIMANT

There having been a dividend check in the above named case issued to Lamar Lubin (correctly spelled LaMarr) in the amount of $3,618.48, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

Claimant is not the creditor, but is entitled to payment of these moneys because they are the Attorney-in-fact for LaMarr Lubin, and supplies documentation to support their relationship.

THEREFORE, Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to LaMarr Lubin c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345.

8/31/07
Date

Larry L. Moses, General Manager
The Financial Resources Group, Inc.
Attorney-in-fact for: LaMarr Lubin
700 Mechem Drive, Suite 8B
Ruidoso, New Mexico 88345

SUBSCRIBED AND SWORN before me this 31st day of Aug., 2007.

NOTARY PUBLIC in and for the
State of NM
Residing in Lincoln County
My commission expires: 3/30/09

(seal)